■ In the Matter of ROBERT M. TYLE, a Suspended Attorney, Resignor. [844 NYS2d 767]—Resignation accepted and name stricken from roll of attorneys. Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ.

■ In the Matter of ROBERT BARRY, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [844 NYS2d 725]—Order of suspension entered pursuant to 22 NYCRR 1022.20 (e). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Oct. 31, 2007.)

■ In the Matter of DAVID E. ZACEK, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [845 NYS2d 211]—Order of suspension entered. Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Oct. 31, 2007.)

■ In the Matter of CHRISTOPHER J. CURRIER, an Attorney, Resignor. [844 NYS2d 725]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Sept. 26, 2007.)

■ In the Matter of JANE NUSBAUM FELLER, an Attorney, Resignor. [844 NYS2d 723]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Sept. 26, 2007.)

■ In the Matter of DONALD ROBERT GUERRA, an Attorney, Resignor. [844 NYS2d 725]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Sept. 26, 2007.)